UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL R. PALADINO,

      Plaintiff,

v.                                                          20-CV-65 (JLS)(HKS)

JASON BEAUMONT, F/S
PROPERTIES, and EAGLE ROY

      Defendants.
_____

## DECISION AND ORDER

*Pro se* Plaintiff Michael Paladino commenced this action under the Fair Housing Act on January 17, 2020. *See generally* Dkt. 1. After Defendants answered the complaint, Dkt. 8, this Court referred the case to United States Magistrate Judge H. Kenneth Schroeder for all proceedings under 28 U.S.C sections 636(b)(1)(A), (B), and (C). Dkt. 9.

On March 10, 2021, Defendants filed a motion to dismiss. Dkt. 21. On April 9, 2021, Plaintiff filed a motion to amend his complaint. Dkt. 24. On September 1, 2023, Judge Schroeder issued a Report, Recommendation, and Order ("R&R") recommending that this Court grant Defendants' motion to dismiss and deny Plaintiff's motion to amend. Neither party filed objections, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district

court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. section 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. See *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Though not required to do so, this Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts Judge Schroeder's recommendation. Thus, for the reasons stated above and in the R&R, this Court GRANTS Defendants' motion to dismiss (Dkt. 21) and DENIES Plaintiff's motion to amend (Dkt. 24). The complaint is DISMISSED.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:   January 29, 2024
         Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE